UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| JAMES R. MAES and GINA M. MAES, | ) | |
| | ) | Bankruptcy Case No. |
| Debtors. | ) | |
| | ) | 16-20679-MER |
| _____ | ) | |
| | ) | Chapter 7 |
| HARRY LONG and KAREN LOVELL, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES R. MAES and GINA M. MAES, | ) | |
| and | ) | |
| JARED WALTERS, TRUSTEE | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)
AND OPPORTUNITY FOR HEARING**

# OBJECTION DEADLINE: <u>MARCH 1, 2017</u>

**YOU ARE HEREBY NOTIFIED THAT** a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the Motion has been set for March 8, 2017 at 9:30 AM at the Custom House, 721 19th Street, 5th Floor, Denver, Colorado 80202, Courtroom C. The hearing will be conducted in accordance with the provisions of LBR 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this Court a WRITTEN OBJECTION to the Motion on or before the objection deadline stated above and serve a copy upon Movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with LBR 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION** and the scheduled hearing will be vacated, an order granting the relief requested may be granted without further notice to you.

Dated: February 8, 2017

/s/*Dustin J. Klein*
Dustin J. Klein, #45074
THE CULPEPPER LAW FIRM, P.C.
*Attorney for Movants*
1900 Grant Street, Suite 1110
Denver, CO 80203
Ph. (800) 909-3539/Fax: (800) 909-3734
*dklein@culpepperlaw.us*