United States Bankruptcy Court
District of Colorado

In re:  
James Richard Maes  
Gina Marie Maes  
      Debtors

Case No. 16-20679-MER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: kowacha     Page 1 of 1     Date Rcvd: Feb 08, 2017  
                      Form ID: 213     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.  
db/db     +James Richard Maes,   Gina Marie Maes,   281 County Road 57,   Meeker, CO 81641-9223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
        Dustin J. Klein    on behalf of Creditor Harry  Long dklein@culpepperlaw.us  
        Jared   Walters    on behalf of Trustee Jared   Walters jcWalters7@gmail.com,   CO09@ecfcbis.com  
        Jared   Walters    jcWalters7@gmail.com,   CO09@ecfcbis.com  
        Jennifer K. Cruseturner    on behalf of Creditor   Lakeview Loan Servicing, LLC  bknotice@mccarthyholthus.com,    jcruseturner@mccarthyholthus.com;jcruseturner@ecf.inforuptcy.com  
        Sherman P. Romney    on behalf of Debtor Gina Marie Maes bankruptcy@romneylawoffice.com,  kathycleaver@gmail.com;romney@amigo.net  
        Sherman P. Romney    on behalf of Debtor James Richard Maes bankruptcy@romneylawoffice.com,  kathycleaver@gmail.com;romney@amigo.net  
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                      TOTAL: 7

(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
### District of Colorado

In re: James Richard Maes and Gina Marie Maes      Case No. **16–20679–MER**
Debtor(s)

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 2/8/2017 to Dustin Klein regarding document number 20 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: The incorrect hearing time is listed on the 4001 Notice.

E–Filer Shall: Please file an amended Notice with the correct time of 9:30am using the Notices Category and the Event – 4001–1.1 Notice.

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 2/8/17      KENNETH S. GARDNER, Clerk

By: s/ Adair Kowach
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202–2508