United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 16-20679-MER
James Richard Maes                                              Chapter 7
Gina Marie Maes
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: kowacha          Page 1 of 1          Date Rcvd: Mar 17, 2017
                              Form ID: 152           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db/db          +James Richard Maes,   Gina Marie Maes,   281 County Road 57,   Meeker, CO 81641-9223
17393242       +Denver Postal Cu,   Attention Loss Prevention,   Po Box 1346,   Arvada, CO 80001-1346
17393244       #+HARRY C. LONG, JR. and KAREN L. LOVELL,   c/o THE CULPEPPER LAW FIRM, P.C,
                1827 Federal Boulevard,   Denver, CO 80204-1724
17393246       +Navy Federal Credit Union,   PO Box 3700,   Wilmington, DE 19807-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17393240       +E-mail/Text: kzoepfel@credit-control.com Mar 17 2017 23:49:35    Central Loan Admin,
                425 Phillips Blvd,   Trenton, NJ 08618-1430
17393241       +EDI: CODEPREV.COM Mar 17 2017 23:38:00    Colorado Department of Revenue,   1375 Sherman,
                Denver, CO 80261-2200
17393243       +EDI: DISCOVER.COM Mar 17 2017 23:38:00    Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
17393245        EDI: IRS.COM Mar 17 2017 23:38:00    IRS,   Department of Treasury,   Austin, TX 73301-0030
17423065       +EDI: RMSC.COM Mar 17 2017 23:38:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 5

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
              Dustin J. Klein   on behalf of Plaintiff Harry  Long dklein@culpepperlaw.us
              Dustin J. Klein   on behalf of Creditor Harry  Long dklein@culpepperlaw.us
              Dustin J. Klein   on behalf of Plaintiff Karen  Lovell dklein@culpepperlaw.us
              Jared  Walters   on behalf of Trustee Jared  Walters jcWalters7@gmail.com,  CO09@ecfcbis.com
              Jared  Walters   jcWalters7@gmail.com,  CO09@ecfcbis.com
              Jennifer K. Cruseturner   on behalf of Creditor   Lakeview Loan Servicing, LLC
               bknotice@mccarthyholthus.com,  jcruseturner@mccarthyholthus.com;jcruseturner@ecf.inforuptcy.com
              Phillip  Jones   on behalf of Defendant James R. Maes pjones@wth-law.com,  mbernal@wth-law.com
              Phillip  Jones   on behalf of Defendant Gina M. Maes pjones@wth-law.com,  mbernal@wth-law.com
              Phillip  Jones   on behalf of Debtor Gina Marie Maes pjones@wth-law.com,  mbernal@wth-law.com
              Phillip  Jones   on behalf of Debtor James Richard Maes pjones@wth-law.com,  mbernal@wth-law.com
              US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                                      TOTAL: 11

(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

James Richard Maes and Gina Marie
Maes
Debtor(s)

Debtor SSN/TaxId Nos.:
xxx−xx−8186

Joint Debtor SSN/Tax Id Nos.:
xxx−xx−1875

Case Number.: 16−20679−MER
Chapter: 7

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than  6/20/17.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

>Clerk of the Bankruptcy Court
>U.S. Custom House
>721 19th Street
>Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 3/17/17

s/ Jared Walters
PO Box 804
Eagle, CO 81631

## Aliases Page

**<u>Debtor aka(s):</u>**

No Aliases for Debtor

**<u>Joint Debtor aka(s):</u>**

No Aliases for Joint Debtor