# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | |
| MAES, JAMES RICHARD ) | |
| MAES, GINA MARIE ) | Case No. 16-20679 MER |
| XXX-XX-8186 ) | Chapter 7 |
| XXX-XX-1875 ) | |
| Debtor(s). ) | |

## ORDER APPROVING STIPULATION TO PAY TO TRUSTEE

The Court, having been fully informed regarding the Stipulation to Pay to Trustee **IT IS HEREBY ORDERED** that the Stipulation dated March 17, 2017 is approved.

**SO ORDERED**. Done this 14th day of June, 2017.

BY THE COURT:

_[signature]_
Bankruptcy Court Judge